Defendants:
Thomas P. DiNapoli, Thomas H. Mattox, State of New York: Department of Taxation and Finance: Division of the Treasury & Internal Revenue Services.

Case: 1:22-cv-00213 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/26/2022
Description: Pro Se Gen. Civ. (F-DECK)

Statement of Facts;
KeyBank, Matthew G. Hardy, Adelia Mosley, Thomas P. DiNapoli, Thomas H. Mattox & State of New York: Department of Taxation and Finance: Division of the Treasury committed RICO ACT Crimes against Robert W. Johnson including but not limited aiding & abetting government officials for IRS Tax Crimes and state and federal crimes. (cont.)

# COMPLAINT

I, Robert W. Johnson : 02/26/1984 : 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 was a victim of unauthorized use of my Keybank banking account. Approximately $45,007.28 was taken from my account for the year of 2011 and 2012. I am requesting a review of my checking and savings accounts for provisional credits as I am entitled to my tax exempt funds.

Robert W. Johnson     10/28/2021
Robert W. Johnson

Statement of Facts;

Defendants failed to compensate Robert W. Johnson $83,357.28 with incruing interest since 02/01/2011 and all monetary funds were set to be tax exempt for Voucher F11P178. Robert W. Johnson was denied Due Process Rights for above-said RICO ACT Crimes.

*Robert W. Johnson*      01/20/2022
Robert W. Johnson

# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION

**Name of Charging Party:** Robert W. Johnson
**Address:** 112 Court St.
**City/State/Zip:** WATERTOWN NY 13601
**County:** JEFFERSON
**Telephone:** 315-775-1410
**Date of Discrimination:** 10/28/2021

**Name of Respondent:** KeyBank
**Address:** 127 Public Square
**City/State/Zip:** Cleveland OH 44114
**County:** Cuyahoga
**Telephone:** 800-539-2968

I believe I was discriminated against because of my: (Please identify)
- [X] Race/Color: Black
- [X] Sex: Male
- [X] Disability: Pending
- [X] Military Status
- [ ] Age (Credit Only, Over 18 years old only - Date of birth)
- [X] Religion: Christianity
- [X] National Origin/Ancestry: Afrikaans
- [X] Retaliation: Pending
- [X] Marital Status (Credit Only)

**Type of Harm:**
- [ ] Public Accommodation
- [X] Credit
- [ ] Higher Education - Disability Only

Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice:

I, Robert W. Johnson have been denied access to my bank account # 000327302007023-03290 29298 and Trf Fr DDA 000327303001470-03290.

MATTHEW G. HARDY
Notary Public, State of New York
Qualified in Jefferson County
Reg. No. 01HA6414305
My Commission Expires 2/16/2025

29 October 21

# State of New York
## REMITTANCE ADVICE for CHECK NO. 80392715

**NOTICE:** To access remittance information on any one of your NYS payments, visit https://www1.osc.state.ny.us/pay

| Agency Code and Description | Tele Inquiry No | Voucher No | Payee Reference/Invoice No | Ref/Inv Date | Payment Amount |
|---|---|---|---|---|---|
| 02300 OSC - FIXED COST APPROPRIATION UNIT | 518-473-2665 | F11P178 | ROL JOHNSON | 06/22/11 | 50,007.28 |

A

GOV'T ENTITIES, VENDORS, NOT-FOR-PROFITS:
Go to http://www.osc.state.ny.us/epay/index.htm for Electronic Payments information

Non-Negotiable   Check Total   $50,007.28

**DETACH HERE BEFORE CASHING ⬇**          **PLEASE CASH WITHIN 180 DAYS**

---

THE FACE OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

12790759

$50,007.28

# State of New York
DEPARTMENT OF TAXATION AND FINANCE
DIVISION OF THE TREASURY

JUNE 27, 2011        02300

Check No. 80392715

29-55/213    A

KNOW YOUR ENDORSER

Pay to the Order of: **ROBERT W JOHNSON**

$50,007.28

Thomas P. DiNapoli
State Comptroller

KeyBank N.A.

Thomas H. Mattox
Commissioner, Dept. of Taxation and Finance

⑈80392715⑈ ⑆021300556⑆ 320993202706⑈

---

005367  A  80392715
STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE
DIVISION OF THE TREASURY
PO BOX 22119
ALBANY, NEW YORK 12201-2119

UNITED STATES POSTAGE
$00.4_
02 1A
004397988  JUN 28
MAILED FROM ZIP CODE 12_

ROBERT W JOHNSON
121 BRIDGE ST STE 202
C/O PRISONERS LEGAL SVS OF NY
PLATTSBURGH    NY 12901-3042

## OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES
## STATE OF NEW YORK DEPARTMENT OF LAW



PUBLIC INTEGRITY BUREAU
28 Liberty Street, 15th Floor
New York, NY 10005
http://www.ag.ny.gov

| | |
|---|---|
| **Intake Id** | 1-94698322 |
| **Your Information** | |
| First Name | ROBERT |
| Last Name | JOHNSON |
| Street Address | 3345 FISH AVE. APT.1 |
| Address Line 2 | |
| City/Town | BRONX |
| State/Province | NY |
| County | BRON |
| Zip/Postal Code | 10469 |
| Phone Number | 929-255-5671 |
| Email Address | robertjohnsonwny@gmail.com |
| **Subject of Your Complaint** | |
| Are you complaining about an Individual or Entity? | Entity |
| Entity Name | STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE |
| Entity Contact Name | STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE |
| Street Address | HARRIMAN CAMPUS ROAD |
| Address Line 2 | |
| City/Town | ALBANY |
| State/Province | NY |
| County | |
| Zip/Postal Code | 12226 |
| Phone Number | 518-457-7253 |
| Email Address | |
| **Additional Complaint Information** | |
| Has this matter been submitted to another agency? | N |
| Is there any legal action pending? | N |

**Complaint Description**

My name is Robert W Johnson ; 3345 Fish Ave. : APT.1 : Bronx , NY 10469. Performant Recovery Inc. : 333 N. Canyons Pkwy. #100 : Livermore , CA 94551 : Tel.#:844-850-0932 ext. 3591 or 844-850-0932 attempted to collect alleged taxes owed from Robert W Johnson (Account # : E0425271616): Claim of STATE OF NEW YORK DEPARTMENT OF TAXATION & FINANCE and Robert W Johnson was exempted from paying taxes allegedly owed thru the STATE OF NEW YORK : SALES TAX STANDARD VOUCHER . Robert W Johnson requests further investigation into these matters including but not limited to criminal prosecutions for the parties responsible for IRS Tax Fraud .

**Uploaded Documents**

| | |
|---|---|
| **User Uploaded Document Names** | Johnson Settlement documents.pdf |
| | 1.pdf |
| | 1-1.pdf |
| | 1-3.pdf |
| | 1-2.pdf |
| | pls letter 2.pdf |
| | NORTHERN DIST OF CALI.pdf |
| | pls settlement offer 3.pdf |
| | facteau 1.pdf |

**In filing this complaint, I understand that:**

The Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. My filing this complaint does not mean that the Attorney General has initiated a lawsuit or proceeding on my behalf or that it will do so.

The Attorney General cannot give me legal advice or represent me in court. If I have any questions concerning my legal rights or responsibilities, I should contact a private attorney.

The Attorney General works with other state, local and federal government agencies to investigate complaints and coordinate law enforcement and may also share my complaint with them. In addition, the Attorney General may use information from my complaint in legal proceedings to establish violations of law.

Any false statement made in this complaint are punishable as crimes, including under Section 175 and/or Section 210 of the Penal Law.

**Signature**                                Robert W Johnson

**Date of Affirmation**                      09-30-2019

Case Options and Intentions Questionnaire

Ohio law, under ORC 4112.052(A), prohibits individuals from bringing a civil action (lawsuit) in state court until they have filed a charge with the Ohio Civil Rights Commission ("OCRC" or "Commission") and received a Notice of Right to Sue, with some exceptions[1]. However, if Charging Parties wish to bring a civil action in state court as soon as possible, they can request a Notice of Right to Sue immediately. If Charging Parties request a Notice of Right to Sue at the time of filing a charge of discrimination, the Commission can issue that notice after the expiration of 60 days from the date the charge was filed.

If the Charging Parties decide to bring a civil action in state court right away, during the 60-day waiting period, the Charging Parties can take advantage of the Commission's free and voluntary mediation program.

Charging Parties may decide to continue through the full OCRC investigation process and then decide to file a civil action in state court after the Commission makes an initial determination or otherwise dismisses the charge.

In order to process your charge effectively and efficiently, OCRC asks for Charging Parties to voluntarily inform the Commission of their intentions at the time of filing their charge(s). This information will not be shared with Respondents until all case records are made public. Any intentions stated below are not binding until you request and receive a Notice of Right to Sue, in writing. Please note that your case will not be impacted should your plans change.

Please check one, if applicable:

☐ I plan to request a Notice of Right to Sue (you will still need to officially request a Notice of Right to Sue in writing)

☐ I plan to request mediation, and if mediation is unsuccessful, I plan to request a Notice of Right to Sue

☒ I plan to request a full investigation conducted by OCRC, which may include mediation

---

[1] Exceptions are: 1) the person has received a Notice of Right to Sue from the Equal Employment Opportunity Commission (EEOC);
(2) The Commission fails to issue a Notice of Right to Sue within 45 days after one is requested and following the 60-day hold period;
(3) The civil action is seeking only injunctive relief; or
(4) The case has a Probable Cause finding and the Charging Party has withdrawn the case.



**Adelia Mosley**
Branch Manager

Mailcode: NY 34-99-0018
2209 South Salina St
Syracuse, NY 13205

315-472-4074

adelia_a_royal@keybank.com