

**FILED**
**FEB. 18, 2022**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT W. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-213 (UNA) |
| THOMAS P. DINAPOLI *et al*, | ) ) ) ) |
| Defendants. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, Dkt. 2, is **GRANTED**, and the complaint and this case are **DISMISSED** without prejudice.

This is a final appealable Order.

_____/s/_____
RANDOLPH D. MOSS
United States District Judge

Date: February 18, 2022